IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
PETER J. SMITH,              )
                             )
     Plaintiff,              )
                             )     CIVIL ACTION NO.
     v.                      )       2:24cv620-MHT
                             )           (WO)
FAMILY DOLLAR STORES,        )
INC.,                        )
                             )
     Defendant.              )
```

OPINION

Plaintiff filed this lawsuit asserting that a cashier overcharged him, filmed him and took his photograph without his permission, and threatened to call the police. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed for lack of subject-matter jurisdiction. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 8th day of April, 2025.

                                       /s/ Myron H. Thompson
                               **UNITED STATES DISTRICT JUDGE**