IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
PETER J. SMITH,              )
                             )
    Plaintiff,               )
                             )    CIVIL ACTION NO.
    v.                       )      2:24cv620-MHT
                             )          (WO)
FAMILY DOLLAR STORES,        )
INC.,                        )
                             )
    Defendant.               )
```

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 12) is adopted.

(2) This lawsuit is dismissed without prejudice for lack of subject-matter jurisdiction.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil

Procedure.

This case is closed.

DONE, this the 8th day of April, 2025.

                                     /s/ Myron H. Thompson
                                 UNITED STATES DISTRICT JUDGE